# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____

August 31, 2020

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

　　　　　　　　　　　　　Re: De Jesus Morales et al v. Stalwart Group Inc. et al

　　　　　　　　　　　　　1:20-cv-03950-LJL

Dear Judge Liman:

　　We represent Plaintiff in the above referenced matter. We write to respectfully request an extension of time to serve the individual Defendant Samson Severes pursuant to FRCP 4(m) and to request adjournment of the initial conference scheduled for September 3, 2020. The reason for this request is that Plaintiff has been unable to serve individual Defendant thus far because his home address is currently unknown to Plaintiff and his place of business has been closed during the current COVID19 pandemic. Service upon the corporate Defendant has been made upon the Secretary of State, as authorized agent of Defendant.

　　We thank the Court for its attention to this matter.

The initial pretrial conference is ADJOURNED to November 2, 2020 at 10:00 a.m.

Plaintiff is directed to file a motion seeking an extension of the deadline to serve pursuant to Fed. R. Civ. P. 4(m).

SO ORDERED. 9/1/2020.

*[Signature: Lewis J. Liman]*
LEWIS J. LIMAN
United States District Judge

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Michael Faillace*
　　　　　　　　　　　　　　　　　　　　　　　Michael Faillace

*Certified as a minority-owned business in the State of New York*