**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
DIONICIO DE JESUS MORALES, JESUS DE JESUS GALINDO, and FLORENTINO SALDANA NAVARRO, *individually and on behalf of others similarly situated,*

                      *Plaintiffs*,

      -against-

STALWART GROUP INC (D/B/A ROASTED MASALA) and SAMSON SEVERES,

                      *Defendants.*
------------------------------------------------------------------------X

**Index No.: 20-cv-03950-LJL**

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

## NOTICE OF MOTION

Please take notice that, upon the annexed declaration of Michael J. Faillace, and attached exhibits, and the declarations of Plaintiffs Dionicio de Jesus Morales, Jesus de Jesus Galindo, and Florentino Saldana Navarro, and all prior papers and proceedings in this case, the Plaintiffs, by counsel, will move the court, at such time and date as the Court may designate, pursuant to Fed. R. Civ. P. 55(b) (2) and Local Rule 55.2(b), for judgment by default against Defendants Stalwart Group Inc (d/b/a Roasted Masala) and Samson Severes.

Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York
       January 6, 2021

MICHAEL FAILLACE & ASSOCIATES, P.C.

By:   */s/ Michael J. Faillace*_____
      Michael J. Faillace
      60 East 42nd Street, Suite 4510
      New York, New York 10165
      (212) 317-1200
      *Attorneys for Plaintiffs*

To:   Stalwart Group Inc (d/b/a/ Roasted Masala)
      914 Columbus Avenue
      New York, NY 10025

      Samson Severes
      c/o Stalwart Group Inc (d/b/a/ Roasted Masala)
      914 Columbus Avenue
      New York, NY 10025