**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DIONICIO DE JESUS MORALES, et al.,

                  Plaintiffs,

                                                20 **CIVIL** 3950 (LJL)

        -against-                         **DEFAULT JUDGMENT**

Stalwart group Inc. d/b/a/ Roasted Masala, et al.,

                  Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated August 24, 2021, the Court concludes that Plaintiffs are entitled to relief on their claims for back wages, for wage notice and wage statement violations, and for attorneys' fees and costs, judgment is hereby entered in favor of Plaintiffs and Defendants as follows

- For Plaintiff Dionicio de Jesus Morales: $11,553.75 in back wages under the NYLL, with 9% prejudgment interest accruing from August 15, 2019 in the amount of $2,111.01; $11,553.75 in liquidated damages; $3,900 for Defendants' violation of NYLL § 195(1) and $5,000 for Defendants' violation of NYLL § 195(3).

- For Plaintiff Florentino Saldana Navarro: $53,427.00 in back wages under the NYLL, with 9% prejudgment interest accruing from July 1, 2019 in the amount of $10,222.85; $53,427.00 in liquidated damages; $5,000 for Defendants' violation of NYLL § 195(1); and $5,000 for Defendants' violation of NYLL § 195(3).

- The Court also awards attorneys' fees in the amount of $5,790.00 and costs in the amount of $719.00. "[I]f any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after the expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically

increase by fifteen percent." NYLL § 198(4).

- Finally, the Court awards post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**DATED**: New York, New York
August 25, 2021

                                                **RUBY J. KRAJICK**
                                                **Clerk of Court**

                               **BY**: _____
                                                **Deputy Clerk**